In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-18-00154-CR
_____

### JUAN PARRA-GALLAGA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

_____

**On Appeal from the County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Cause No. 17-322090**
_____

### MEMORANDUM OPINION

Juan Parra-Gallaga filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. Parra-Gallaga signed the request, which his counsel joined. The Court has not issued an opinion in the appeal. The motion is granted, and the Court dismisses the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on August 14, 2018
Opinion Delivered August 15, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.